JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAQUAWN D. SCHASA,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, A DELAWARE LIMITED LIABILITY COMPANY, QUALITY LOAN SERVICE COMPANY, FREDDIE MAC, INC., AND DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. CV12-05496 RGK (PLAx)<br>Hon. R. Gary Klausner – Roybal<br>Ctrm. 850<br><br>(PROPOSED) ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>Action Filed: May 1, 2012<br>Trial Date: July 2, 2013 |

The Court, finding good cause shown, GRANTS the parties' joint stipulation and dismisses this action with prejudice.

**IT IS SO ORDERED.**

Date: 05.23.13

_____
Hon. R. Gary Klausner
Unites States District Judge